# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Chapman, Shelley C. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Southern District of New York | 3. Date of Report<br><br>07/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Southern District of NY
One Bowling Green
Room 632
New York, NY 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 (Pt. VII, Line 1) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | UNITED STATES JUDGES | $182,487.33 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | MEMORIAL SLOAN-KETTERING CANCER CENTER, WAGES |
| 2. | 2014 | SELF-EMPLOYED MEDICAL LECTURER AND CONSULTANT |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Trust #1 (H) | | | | | | | | | |
| 2.  -Schwab U.S. Treasury Money Fund | | None | | | Sold | 01/07/14 | J | | |
| 3.  -SCHWAB S&P 500 INDEX FUND | | None | | | Sold | 01/07/14 | J | A | |
| 4.  -VANGUARD STAR FD INTL STK INDXFD | | None | | | Sold | 01/07/14 | J | A | |
| 5.  -GOLDMAN SACHS TR STRG INCM INST | A | Dividend | | | Sold | 01/07/14 | J | A | |
| 6.  -HAMLIN HIGH DIVIDEND EQUITY INSTL | | | | | Sold | 01/07/14 | J | A | |
| 7.  Brokerage Account #1 (H) | | | | | | | | | |
| 8.  -BBH CORE SELECT FUND N | B | Dividend | L | T | | | | | |
| 9.  -DRIEHAUS MUT FDS ACTIVE INCOME | A | Dividend | | | Sold | 11/05/14 | K | | |
| 10.  -HAMLIN HIGH DIVIDEND EQUITY INSTL | C | Dividend | K | T | Buy | 11/05/14 | K | | |
| 11.  -SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | | | | | |
| 12.  -VANGUARD TOTAL INTL STOCK INDEX INV | A | Dividend | K | T | | | | | |
| 13.  -YACHTMAN FOCUSED INSTL | D | Dividend | M | T | | | | | |
| 14.  -SCHWAB U.S. TREASURY MONEY FUND | | None | K | T | | | | | |
| 15.  IRA #1 (H) | | | | | | | | | |
| 16.  - ISHARES TR LEHMAN AGG BND | A | Dividend | K | T | | | | | |
| 17.  - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SCHWAB U.S. TREASURY MONEY FUND | | None | J | T | | | | | |
| 19. IRA #2 (H) | | | | | | | | | |
| 20. -PIMCO ALL ASSET ALL AUTHORITY I | A | Dividend | J | T | | | | | |
| 21. -PIMCO FDS UNCSTR BD INST | B | Dividend | | | Sold | 09/26/14 | M | | |
| 22. - SCHWAB US TREAS MONEY FD | | None | M | T | | | | | |
| 23. -VANGUARD TOTAL INTL STOCK INDEX INV | D | Dividend | M | T | | | | | |
| 24. IRA #3 (H) | | | | | | | | | |
| 25. - DRIEHAUS ACTIVE INCOME FUND | B | Dividend | | | Sold | 11/05/14 | L | | |
| 26. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | L | T | | | | | |
| 27. - BBH CORE SELECT FUND N | B | Dividend | L | T | | | | | |
| 28. - FIDELITY CONCORD STR SP US EQT ADV | C | Dividend | M | T | | | | | |
| 29. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | | | | | |
| 30. -WELLS FARGO FDS TR ADINT TXAMTF I | C | Dividend | M | T | | | | | |
| 31. - FIDELITY CASH RESERVES | A | Dividend | L | T | | | | | |
| 32. -PIMCO ALL ASSET ALL AUTHORITY I | B | Dividend | K | T | | | | | |
| 33. -FIDELITY TREASURY FUND DAILY MONEY CLASS (X) | A | Dividend | J | T | | | | | |
| 34. IRA #4 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | L | T | Buy (add'l) | 07/23/14 | L | | |
| 36. | | | | | Sold (part) | 11/05/14 | K | | |
| 37. - ISHARES CORE US AGGREGATE BOND | C | Dividend | M | T | | | | | |
| 38. - PIMCO ALL ASSET ALL AUTHORITY I | B | Dividend | L | T | Sold (part) | 11/05/14 | M | | |
| 39. - SCHWAB CAP TR S&P INVS SELECT SHARES | | None | | | Sold | 07/23/14 | M | E | |
| 40. - BBH FD INC CORE SL RETAIL | A | Dividend | K | T | | | | | |
| 41. - VANGUARD TOTAL INL STOCK INDEX INV | A | Dividend | K | T | | | | | |
| 42. - SCHWAB US TREASURY MONEY FUND | | None | L | T | | | | | |
| 43. - HAMLIN HIGH DIVIDEN EQUITY INSTL | D | Dividend | M | T | Buy (add'l) | 11/05/14 | K | | |
| 44. - BLACKROCK FDS II STRG OPP INSTL | C | Dividend | L | T | Sold (part) | 11/05/14 | L | B | |
| 45. - GOLDMAN SACHS TR STRG INCM INST | A | Dividend | L | T | Buy | 11/05/14 | L | | |
| 46. - DRIEHAUS MUT FDS ACTIVE INCOME | A | Dividend | | | Buy | 07/23/14 | K | | |
| 47. | | | | | Sold | 11/05/14 | K | | |
| 48. - MUTUAL DISCOVERY FD CL Z | D | Dividend | M | T | Buy | 11/05/14 | M | | |
| 49. TIAA-CREF Annuties | | None | P1 | T | | | | | |
| 50. MSK Cancer Center Group Supplemental Retirement Annuities | | None | M | T | | | | | |
| 51. CITIBANK JOINT CHECKING ACCOUNT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PRUDENTIAL WHOLE LIFE INSURANCE POLICY | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 37 - ISHARES CORE US AGGREGATE BOND WAS NAMED ISHARES TR LEHMAN AGG BND IN 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Shelley C. Chapman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544